UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Marsha A. McKenna

          v.          Case No.  94-cv-671-PB

American Institute for Foreign Study Scholarship Foundation

**ORDER RE DISPOSITION OF SEALED DOCUMENT**

It has been brought to the attention of the Court that the following document was ordered sealed and placed in the vault for safekeeping:

**Document Number:**      70
**Described As:**      **Petition for Approval of Minor Settlement**
**Sealed on:**      **3/5/1998**

**IT IS ORDERED THAT** unless a response is filed within thirteen workdays requesting an alternative form of disposition, the document will:

(x)    Be unsealed, docketed, and filed in the case.
(  )    Remain sealed until _____.
(  )    Be destroyed.
(  )    Be returned to submitting party.
(  )

Counsel shall, except in ex parte situations, attempt to agree on the manner of disposition if other than that ordered by the Court.

April      2005

                                                Paul Barbadoro
                                              United States District Judge

cc:    Edward R. Hayes, Esq.
        Robert J. Ryan, Esq.
        James C. Wheat, Esq.
        Peter G. DeGelleke, Esq.

---

**ACTION BY CLERK OF COURT**

In accordance with the Order above, the document was _____ on _____.

                                                By: _____
                                                      Patricia Kelley, Deputy Clerk